**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7691**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WALTER LOUIS INGRAM,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
92-116-JFM)

_____

Submitted:  June 12, 2003            Decided:  June 17, 2003

_____

Before LUTTIG and SHEDD, Circuit Judges.[*]

_____

Affirmed by unpublished per curiam opinion.

_____

Walter Louis Ingram, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

_____

[*] This case was decided by a quorum of the panel pursuant to
28 U.S.C. § 46(d).

PER CURIAM:

Walter Louis Ingram appeals from the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Ingram, No. CA-92-116-JFM (D. Md. Sept. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2